WENDY M. KRINCEK, ESQ., Bar No. 6417
AMY L. THOMPSON, ESQ., Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:           wkrincek@littler.com
                     athompson@littler.com

*Attorneys for Defendant*
CENTENE MANAGEMENT COMPANY, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANAYA MAYFIELD, an Individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Foreign Limited-Liability Company,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02034-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff TANYA MAYFIELD ("Plaintiff") and Defendant CENTENE MANAGEMENT COMPANY, LLC ("Defendant") by and through their counsel, hereby stipulate and agree to extend the time for Defendant to file a response to the Amended Complaint by two (2) weeks from December 1, 2020, up to and including **December 15, 2020**. This is the first request for an extension of time to respond to the Amended Complaint.  The parties make this request as Defendant is continuing to gather information and requires additional time to prepare a response.

///


///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The instant request is made in good faith and not for the purpose of delay.

Dated: November 23, 2020

Respectfully submitted,                                             Respectfully submitted,

/s/ Jenny L. Foley                                                        /s/ Amy L. Thompson
JENNY L. FOLEY, ESQ.                                            WENDY M. KRINCEK, ESQ.
REX M. MARTINEZ, ESQ.                                         AMY L. THOMPSON, ESQ.
HKM EMPLOYENT ATTORNEYS LLP                    LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*                                                *Attorneys for Defendant*
TANYA MAYFIELD                                                    CENTENE MANAGEMENT COMPANY, LLC

## ORDER

**IT IS SO ORDERED**

**DATED:** 10:24 am, December 01, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4815-7659-3106.1 108840.1028

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.