# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANAYA MAYFIELD,<br><br>          Plaintiff(s),<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY LLC,<br><br>          Defendant(s). | Case No.: 2:20-cv-02034-GMN-BNW<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is Defendant's motion for an exception to the ENE order requiring all counsel to appear. Docket No. 17. The motion is untimely. Docket No. 12 at 2. Moreover, little explanation is advanced. Nonetheless, the Court notes that it appears that Plaintiff also does not plan on appearing with all counsel of record. The Court **CAUTIONS** the parties and counsel moving forward that they must strictly comply with all orders. As a one-time courtesy, however, the Court will allow each party to appear with one attorney who is knowledgeable in the case and fully prepared to engage in meaningful settlement discussions.

Consistent with the above, the motion for exception is **GRANTED**.

IT IS SO ORDERED.

Dated: February 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1