**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX M. MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA MAYFIELD, an Individual, | **CASE NO.: 2:20-cv-02034-GMN-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CENTENE MANAGEMENT COMPANY, LLC, a Foreign Limited-Liability Company, | |
| Defendant. | |

Plaintiff TANYA MAYFIELD ("Plaintiff") and Defendant CENTENE MANAGEMENT COMPANY, LLC ("Defendant") by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state, or federal, in any forum that would be available.

///

///

///

| | |
|---|---|
| Dated: March 23, 2021 | Dated: March 23, 2021 |
| HKM EMPLOYMENT ATTORNEYS LLP | LITTLER MENDELSON, P.C. |
| By: */s/ Jenny L. Foley* <br> JENNY L. FOLEY, Ph.D., ESQ. <br> Nevada Bar No. 9017 <br> E-mail: jfoley@hkm.com <br> REX MARTINEZ, ESQ. <br> Nevada Bar No. 15277 <br> E-mail: rmartinez@hkm.com <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br> Telephone: (702) 805-8340 <br> Facsimile: (702) 805-8340 <br> *Attorneys for Plaintiff* | By: */s/ Amy L. Thompson* <br> WENDY M. KRINCEK, ESQ. <br> Nevada Bar No 6417 <br> E-mail: wkrincek@littler.com <br> AMY L. THOMPSON, ESQ. <br> Nevada Bar No 11907 <br> E-mail: athompson@littler.com <br> 3960 Howard Hughes Parkway, Suite 300 <br> Las Vegas, NV 89169-5937 <br> Telephone: (702) 862-8800 <br> Facsimile: (702) 862-8811 <br> *Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated this  23  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT